# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIO FERNANDEZ GONZALEZ,<br>    Plaintiff(s),<br>v.<br>KATHERIN VALDES-GARCIA, et al.,<br>    Defendant(s). | Case No. 2:20-cv-01775-RFB-NJK<br>**Order**<br>[Docket Nos. 77-78] |

Pending before the Court are notices of deposition. Docket No. 77-78. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: March 7, 2022

                                                                _____<br>
                                                                Nancy J. Koppe<br>
                                                                United States Magistrate Judge