# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JULIO FERNANDEZ GONZALEZ,

    Plaintiffs,

v.

KATHERIN VALDES-GARCIA, et al.,

    Defendants.

Case No. 2:20-cv-01775-RFB-NJK

**Order**

[Docket No. 100]

Pending before the Court is counsel for Intervenor's motion to withdraw. Docket No. 100. No response has been filed and the deadline to do so has now passed. *See* Docket. For good cause shown, the motion is **GRANTED**. Docket No. 100. The Clerk's Office is **INSTRUCTED** to update the docket with Intervenor's address as identified at Docket No. 100 at 6 and to serve a copy of this order on Intervenor.

Intervenor Jorge Hernandez Roque is **ORDERED** to file, by November 18, 2022, either a notice of intent to proceed *pro se* or a notice of appearance by new counsel.

IT IS SO ORDERED.

Dated: November 2, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1