UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIO FERNANDEZ GONZALEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KATHERINE VALDES-GARCIA, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-01775-RFB-NJK<br><br>**Order**<br><br>[Docket No. 106] |

　　　　On November 30, 2022, Defendants The Hertz Corporation and ESIS, Inc filed a notice of failure to comply with the Court. Docket No. 106. The notice requests that the Court dismiss all claims asserted by Intervenor Jorge Hernandez-Roque for failing to comply with the undersigned's order. *Id.* at 1. Any requests of the Court must be styled as a motion, Local Rule IA 7-1(b), and must conform with the Court's formatting rules, *see, e.g.*, Local Rules 7-2, 7-3.

　　　　Accordingly, the Clerk's Office is **INSTRUCTED** to strike Docket No. 106.

　　　　IT IS SO ORDERED.

　　　　Dated: December 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1